1 Stacey Upson, Esq.
Nevada State Bar #4773
COULTER HARSH LAW
403 Hill Street
Reno, Nevada 89501
P:      775.324.3380
F:      775.324.3381
*Attorney for Plaintiff(s)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELES WANCO, | CASE NO.: 3:24-cv-00322-CSD |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-10, inclusive, | |
| Defendant(s), | |

**AMENDED STIPULATION TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE IN RESPONSE TO TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT DEADLINE**

IT IS HEREBY STIPULATED, by and between Plaintiff ANGELES WANCO, through her attorney Stacey A. Upson, Esq., of COULTER HARSH LAW and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through their attorney Frank Todd, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's Opposition to Defendant State Farm Mutual Automobile Insurance Company's Partial Motion to Dismiss Plaintiff's Complaint or Alternatively, Motion for a More Definite Statement deadline, previously extended to September 2, 2024, shall be extended to Monday, September 16, 2024, as the parties are in the midst of discussing

///

///

///

settlement.

DATED this 30th day of August, 2024.          DATED this 30th day of August, 2024.

COULTER HARSH LAW                             LEWIS BRISBOIS BISGAARD
                                              & SMITH, LLP


/s/ Stacey A. Upson                           /s/ Frank Todd
Stacey A. Upson, Esq.                         Frank Todd, Esq.
403 Hill Street                               6385 S. Rainbow Blvd., Ste. 600
Reno, Nevada 89501                            Las Vegas, NV 89118
*Attorneys for Plaintiff*                     *Attorneys for Defendant*


**ORDER**

IT IS SO ORDERED

DATED: September 3, 2024

C S ☒

UNITED STATES MAGISTRATE JUDGE