Stacey Upson, Esq.
Nevada State Bar #4773
COULTER HARSH LAW
403 Hill Street
Reno, Nevada 89501
P:      775.324.3380
F:      775.324.3381
*Attorney for Plaintiff(s)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELES WANCO, | CASE NO.: 3:24-cv-00322-CSD |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1-10, inclusive, | |
| Defendant(s), | |

**AMENDED STIPULATION TO EXTEND PLAINTIFF'S OPPOSITION DEADLINE IN RESPONSE TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT DEADLINE**

IT IS HEREBY STIPULATED, by and between Plaintiff ANGELES WANCO, through her attorney Stacey A. Upson, Esq., of COULTER HARSH LAW and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through their attorney Frank Todd, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's Opposition to Defendant State Farm Mutual Automobile Insurance Company's Partial Motion to Dismiss Plaintiff's Complaint or Alternatively, Motion for a More Definite Statement deadline, previously extended to September 16, 2024, shall be extended to October 7, 2024.  The parties are continuing settlement discussions and are hopeful that a resolution can be reached.  In the interim, the parties want to avoid further fees and costs to the respective clients.   If the parties have not reached a resolution by October 7, 2024, Plaintiff will file an Opposition to Defendant State Farm Mutual Automobile Insurance Company's Partial Motion to Dismiss Plaintiff's Complaint or Alternatively, Motion for a More

Page 1

Definite Statement.  Counsel for Defendant needs additional time for settlement negotiations presently due to scheduling issues with his client regarding the case and settlement authority.  The parties have been diligent in the settlement discussions and do not file the instant stipulation for purposes of delay.

| | |
|---|---|
| DATED: September 13, 2024. | DATED September 13, 2024. |
| COULTER HARSH LAW | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| /s/ Stacey A. Upson<br>Stacey A. Upson, Esq.<br>403 Hill Street<br>Reno, Nevada 89501<br>*Attorneys for Plaintiff* | /s/ Frank Todd<br>Frank Todd, Esq.<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED

DATED: September 16, 2024

_____
UNITED STATES MAGISTRATE JUDGE