1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
3 | Nevada Bar No. 11474
Email: Frank.Toddre@lewisbrisbois.com
4 | LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
702.893.3383
6 | FAX: 702.893.3789
*Attorneys for Defendant*
7 | *State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| ANGELES WANCO, | CASE NO.: 3:24-cv-00322-CSD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1-10, and ROE CORPORATIONS 1-10, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff ANGELES WANCO ("Plaintiff"), by and through her counsel, COULTER HARSH LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action

/ / /

/ / /

/ / /

/ / /

/ / /

146772590.1

1  against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear
2  their own attorney's fees and costs.

3  Dated this 18th day of November, 2024          Dated this 18th day of November, 2024

4  COULTER HARSH LAW                              LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ Stacey A. Upson                              /s/ Frank A. Toddre, II
6  STACEY A. UPSON                                 ROBERT W. FREEMAN
   Nevada Bar No. 4773                             Nevada Bar No. 3062
7  403 Hill Street                                 FRANK A. TODDRE, II
   Reno, Nevada 89501                              Nevada Bar No. 11474
8  *Attorney for Plaintiff*                        6385 S. Rainbow Boulevard, Suite 600
                                                   Las Vegas, Nevada 89118
9                                                  *Attorneys for Defendant State Farm Mutual*
                                                   *Automobile Insurance Company*

11                          **ORDER**

12         **IT IS SO ORDERED.**

13         Dated this 18th day of November, 2024.

14                                    _____
15                                    UNITED STATES MAGISTRATE JUDGE

146772590.1                          2